### 21606

The STATE, Respondent, v. Ernest James MASSEY, Appellant.

(293 S. E. (2d) 436)

## ORDER

### July 9, 1982.

Appellant was convicted of grand larceny and sentenced to ten years' imprisonment. He appealed from his conviction. This Court remanded the case to the lower court for a determination of whether appellant waived his right to counsel knowingly and intelligently. *State v. Massey*, 284 S. E. (2d) 781 (S. C. 1981).

By order dated March 24, 1982, the lower court found, after conducting a hearing, that appellant's request to proceed *pro se* at trial constituted a knowing and intelligent waiver of his right to counsel. Appellant has not appealed from this order.

The lower court's order stands as the final order in this case; therefore we dismiss appellant's appeal.